# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 12-3049    1a. Criminal Action Number: 11cr00357
2. Case Name: U.S. v Chester D. Ransom
3. Appellant's Name: Chester D Ransom
   3a. Appellant's Defendant No.: 2    3b. Appellant's Fed. Reg/PDID No. 45159-083
4. Date of conviction 1/6/12    4a. Date of sentence 6/15/12
5. Name of District Court Judge Robert Wilkins
6. Date of Notice of Appeal Filed: 6/28/12
7. Offense(s) of conviction: Consp. Bank Fraud 18 USC 1344&1349;Consp. Wire Fraud 18 USC 1341
8. Did appellant plead guilty?  ● Yes  ○ No
9. What sentence was imposed? 72 Months
10. How much of the sentence has appellant served? 2months
11. Is appellant challenging the conviction?  ○ Yes  ● No
12. Is appellant challenging the sentence?  ● Yes  ○ No
13. Has appellant filed a post-conviction motion?  ○ Yes  ● No
    If yes, what motion, date filed, and disposition:
14. Is appellant incarcerated?  ● Yes  ○ No
    If yes, where: Butner NC
    If no, address: _____ Phone ( ) ___
15. Has appellant moved for release pending appeal in District Court?  ○ Yes  ● No
    If yes, date filed ___ Disposition: ___
    If no, does defendant intend to file such a motion in the District Court?  ○ Yes  ● No
16. Will appellant file a motion for release pending appeal in court of appeals?  ○ Yes  ● No
17. Did appellant have court-appointed counsel in District Court?  ● Yes  ○ No
18. Does counsel appointed in District Court wish to continue on appeal?  ○ Yes  ● No
19. Did defendant have retained counsel in district court?  ● Yes  ○ No
    If yes, will case proceed on appeal with retained counsel?  ○ Yes  ● No
    If no, will appellant seek appointment of counsel on appeal?  ● Yes  ○ No
    If no, has a motion to proceed in forma pauperis been filed?  ● Yes  ○ No
20. Has counsel ordered transcripts?  ● Yes  ○ No
21. If yes, from what proceedings: 1/6/12 Plea;6/15/12 Sentencing; Staus on Release 1/9, 1/18,3/26
22. If yes, when will transcripts be completed? 30 days
23. Did counsel seek expedited preparation of sentencing transcripts?  ○ Yes  ● No

Signature Richard Seligman    Date 08/07/2012
Name of Party Richard Seligman Counsel for Chester D. Ransom
Firm Address 1350 Connecticut Ave. NW, Suite 202, Washington DC 20036
Phone ( 202 ) 745-7800    Fax ( 202 ) 223-7005

Note: In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)